EVA D. CLARK, appellant v. TOWN OF SALIX, appellee.

No. 49258.

(Reported in 85 N.W.2d 830)

OCTOBER 15, 1957.

McCormick & McCormick, of Sioux City, for appellant.

Wm. A. Shuminsky, of Sioux City, for appellee.

OLIVER, J.—This is a companion case to No. 49257, Harrington v. Town of Salix, 248 Iowa 1359, 85 N.W.2d 527. The questions of fact and law, material to each appeal, are the same. For the reasons stated in the Harrington case the order of the trial court herein is affirmed.—Affirmed.

HAYS, C. J., and BLISS, GARFIELD, SMITH, THOMPSON, LARSON, and PETERSON, JJ., concur.

WENNERSTRUM, J., dissents—I dissent for the reasons stated in Harrington v. Town of Salix.